| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Southern District of Texas** | |
| Case number (if known): _____   Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   145 Navarro LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   8 5 – 3 5 4 3 5 9 3

**4. Debtor's address**

Principal place of business:
3 Sugar Creek Center Blvd Suite 100
Number   Street
Sugar Land, TX 77478
City   State   ZIP Code

Fort Bend
County

Mailing address, if different from principal place of business
Number   Street
City   State   ZIP Code

Location of principal assets, if different from principal place of business
Number   Street
City   State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor    **145 Navarro LLC**                                            Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____ When _____ Case number _____<br>                                                       MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                        MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    **145 Navarro LLC**                                            Case number *(if known)*
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____
City                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 50-99           ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999         ☐ 10,001-25,000                        ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  __145 Navarro LLC__                             Case number *(if known)* _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/18/2025__
             MM/ DD/ YYYY

X __/s/ Kunal Mody__                                    __Kunal Mody__
Signature of authorized representative of debtor         Printed name

Title __Member__

**18. Signature of attorney**

X __/s/ Susan Tran Adams__                Date __02/18/2025__
Signature of attorney for debtor                MM/ DD/ YYYY

__Susan Tran Adams__
Printed name

__TRAN SINGH, LLP__
Firm name

__2502 La Branch St.__
Number    Street

__Houston__                          __TX__        __77004__
City                                  State        ZIP Code

_____               __stran@ts-llp.com__
Contact phone                        Email address

__24075648__                         __TX__
Bar number                           State

Fill in this information to identify the case:

Debtor name: **145 Navarro LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    **145 Navarro LLC**  
          Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

ERC Acquisitions IV LLC
716 S Frio Street
San Antonio, TX 78207

Premier Project Management LLC
14185 Dallas Parkway Suite 1400
Dallas, TX 75254

Riverwalk Reposition Partners, LLC
270 Saint Paul St. Suite 200
Denver, CO 80206

Sandvick Architects Inc
1265 West 6th Street Suite 201
Cleveland, OH 44113

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **145 Navarro LLC**                                              CASE NO

                                                                       CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **02/18/2025**       Signature                    **/s/ Kunal Mody**
                                                        Kunal Mody, Member

**United States Bankruptcy Court**
**Southern District of Texas**

In re   **145 Navarro LLC**                                    Case No.   _____
                        Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **145 Navarro LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**02/18/2025**                                    **/s/ Susan Tran Adams**
Date                                              **Susan Tran Adams**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **145 Navarro LLC**
                                                  **Bar Number: 24075648**
                                                  **TRAN SINGH, LLP**
                                                  **2502 La Branch St.**
                                                  **Houston, TX 77004**
                                                  **Phone: (832) 975-7300**
                                                  **Email: stran@ts-llp.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  CHAPTER **11**
**145 Navarro LLC**

DEBTOR(S)  CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Kunal Mody**<br>1338 W. Belmont Ave.<br>Chicago, IL 60657 | Membership Interest | | 60% Interest |
| **Kishan Patel**<br>3 Sugar Creek Blvd., Suite 100<br>Sugarland, TX 77478 | Membership Interest | | 20% Membership Interest |
| **Jordan Haas**<br>417 Main St., Suite 303N<br>Little Rock, AR 77201 | Membership Interest | | 20% Membership Interest |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Member**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/18/2025**          Signature: **/s/ Kunal Mody**
                                                                     *Kunal Mody, Member*

**ACTION BY UNANIMOUS WRITTEN CONSENT OF MEMBERS OF
145 NAVARRO LLC
a Texas Limited Liability Company**

**WHEREAS**, 145 Navarro Manager LLC, the manager of 145 Navarro LLC (the "*Company*") has presented the Company's Members (the "*Members*") for approval of a proposal whereby the Company would (i) file a voluntary petition in the United States Bankruptcy Court for the Southern District of Texas (the "*Court*") pursuant to Chapter 11 of the United States Bankruptcy Code (the "*Chapter 11 Filing*"), (ii) in connection therewith, to have the power and authority to effectuate any postpetition financing transaction that may arise during the Chapter 11 Case, such as secured or unsecured or equity financing or the consensual or nonconsensual use of cash collateral (each, a "*Financing Transaction*"), and (iii) evaluate other potential strategic transactions that may arise within or related to the Chapter 11 Case; and

**WHEREAS**, the Company has retained and seeks to retain Tran Singh LLP as its restructuring counsel; and

**WHEREAS**, the Members have reviewed and considered the circumstances of the Company and determined a Chapter 11 Filing is in the best interests of the Company; and

**WHEREAS**, the Members wish to provide the Company the authority to commence a Chapter 11 Case, effectuate any Financing Transaction.

*Chapter 11 Filing*

**RESOLVED** that the Board hereby authorizes the Corporation to effectuate the Chapter 11 Filing and commence the Chapter 11 Case; and it is further

**RESOLVED** that each Member of the Company be, and hereby, authorized to take such steps to do all such acts and things as they deem necessary to commence the Chapter 11 Case, including, but not limited to, employing and retaining all assistance by legal counsel and accountants, financial advisors, and other professionals; executing, verifying, and delivering a voluntary petition in the name of the Company under Chapter 11 of the United States Bankruptcy Code; and it is further

**RESOLVED** the Company is authorized to retain and employ Tran Singh LLP as its restructuring counsel for the Chapter 11 Case, subject to Court approval and it is further

**RESOLVED** in connection with such Chapter 11 Case the Company is authorized to enter into one or more agreements to consummate one or more Financing Transactions and take all actions contemplated thereby.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the 145 Navarro LLC, a Texas limited liability company, hereby consent and adopt the foregoing resolutions as of February 18, 2025, and waive the requirement that a meeting be held to accomplish the same.

_____
Kunal Mody (Feb 18, 2025 09:29 CST)
Kunal Mody

_____
Kishan Patel

_____
Jordan Haas (Feb 18, 2025 15:30 GMT)
Jordan Haas